UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

EDMANUEL LOPEZ ROMAN,

      Plaintiff,

v.

Case No. 2:21-cv-57-NPM

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant.

## ORDER

The parties consented to proceed before a magistrate judge for all proceedings, (Docs. 12, 14), and currently before the court is an unopposed motion for entry of judgment with remand (Doc. 24). The Commissioner of Social Security seeks remand as follows:

> On remand, the ALJ will reassess Plaintiff's RFC, including considering his subjective allegations and determining whether a handheld device is medically necessary, evaluate the medical opinions of record, update the record, offer Plaintiff the opportunity for a hearing, and issue a new decision.

(Doc. 24, p. 1).

Accordingly, the unopposed motion for entry of judgment with remand (Doc. 24) is **GRANTED** as follows:

- 2 -

(1) Pursuant to sentence four of 42 U.S.C. § 405(g), the decision of the commissioner is reversed, and this case is remanded to the commissioner for consideration of the aforementioned issues.

(2) If plaintiff prevails in this action on remand, plaintiff must comply with the order (Doc. 1) entered on November 14, 2012, in Misc. No. 6:12-mc-124-Orl-22.

(3) The CLERK is directed to enter judgment accordingly, terminate any pending motions, cancel all deadlines and scheduled events, and close the file.

**ORDERED** in Fort Myers, Florida, on March 8, 2022.

_Nicholas P. Mizell_
NICHOLAS P. MIZELL
UNITED STATES MAGISTRATE JUDGE